IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA, | CRIMINAL NO. 3:06cr00035-001 |
|---|---|
| v. | ORDER and OPINION |
| SAMUEL MORTON JONES, | |
| *Defendant* | JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Motion for Continuance, filed on October 11, 2006 (docket entry no. 21). For the following reasons, the Court hereby DENIES the motion.

Although the Court is mindful of the fact that the parties are engaged in plea negotiations in an attempt to resolve the matter, the Court finds that that reason alone does not justify a continuance under 18 U.S.C. § 3161(h)(8)(A). In other words, the Court finds that the ends of justice served by granting a continuance do not outweigh the best interest of the public and the defendant in a speedy trial — as is required under the Speedy Trial Act — merely because the parties are engaged in plea negotiations.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
United States District Judge

October 12, 2006
Date